UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-06363 ODW (Ex) | Date | 10/8/2010 |
|---|---|---|---|
| Title | *Cheske v. Waring and MBW Motorcycle Prods., Inc.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On August 25, 2010, Defendants, Matthew Waring ("Waring") and MBW Motocycle Products, Inc. ("MBW") (collectively, "Defendants"), obtained removal of this action from the Los Angeles County Superior Court to this Court.  Thereafter, Defendants filed a Motion to Dismiss against Plaintiff, Jeffrey W. Cheske ("Plaintiff"), on September 1, 2010.  (Dkt. No. 6.)  Rather than filing an opposition to Defendants' Motion to Dismiss, Plaintiff filed a First Amended Complaint on September 30, 2010.  (Dkt. No. 8.)

Plaintiff's First Amended Complaint was untimely filed.  Rule 15(a) of the Federal Rules of Civil Procedure requires parties to seek leave of court to file amended pleadings where amendments as a matter of course is no longer available.  Accordingly, the Court STRIKES Plaintiff's First Amended Complaint.  (Dkt. No. 8.)

Additionally, the Court orders Plaintiff to file opposing papers to Defendants' Motion to Dismiss (Dkt. No. 6.) in writing by **October 15, 2010**.  Failure to file these papers will be deemed as consent to granting Defendants' Motion to Dismiss.  *See* L.R. 7-12.  Defendants shall file reply papers by October 22, 2010 if Plaintiff's opposition papers are properly filed.

|  | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | RGN | |