# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY W. CHESKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WARING, an individual; MBW MOTORCYCLE PRODUCTS, INC., a Rhode Island corporation; Does 1-10,<br><br>Defendants. | CASE NO.: **CV10-6363-ODW(Ex)**<br>[Assigned to the Hon. Otis D. Wright II]<br><br>**JUDGMENT**<br><br>[Complaint Filed: May 24, 2010] |

Whereas the Court in this manner has granted Defendants Matthew Waring and MBW Motorcycle Products, Inc.'s motion to dismiss Plaintiff Jeffrey Cheske's complaint in its entirety per its November 24, 2010 minute order, and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed, and Defendants Matthew Waring and MBW Motorcycle Products, Inc. are the prevailing parties and shall recover from said Plaintiff the costs of suit incurred herein.

Dated:  December 27, 2010

_____

OTIS D. WRIGHT II

U.S. DISTRICT JUDGE